**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL R. SPENGLER,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANCES E. FRANCISCO, et al.,<br><br>    Defendants. | ) Case No. CV 18-91-DOC (SP)<br>)<br>)<br>) **ORDER ACCEPTING FINDINGS**<br>) **AND RECOMMENDATION OF**<br>) **UNITED STATES MAGISTRATE**<br>) **JUDGE**<br>)<br>)<br>)<br>)<br>) |

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended
Complaint, records on file, and the Report and Recommendation of the United States
Magistrate Judge.  Plaintiff has not filed any written Objections to the Report within
the time permitted.  The Court accepts the findings and recommendation of the
Magistrate Judge.

        IT IS THEREFORE ORDERED that: (1) defendant Francisco's Motion to
Dismiss (docket no. 36) is denied without prejudice; (2) this case is stayed under the
*Younger* Abstention Doctrine until the related state criminal case is no longer
pending; and (3) the Court Clerk is directed to administratively close this case.
Plaintiff is instructed that, if he wishes to continue with this case after disposition of

the criminal charges against him, he must file a request that the stay be lifted and the case be re-opened within sixty (60) days of the final disposition of the criminal charges (including all appeals).


DATED: _January 17, 2020_     _David O. Carter_____
                              HONORABLE DAVID O. CARTER
                              UNITED STATES DISTRICT JUDGE